

To: Judge Nelson roman Page 2 of 2 2017-04-03 20:23:04 (GMT) 12126589852 From: Jon davidoff

Jonathan Marc Davidoff, Esq.
Admitted in Florida and New York
Glen A. Kendall, Esq.
Admitted in Connecticut and New York

DAVIDOFF LAW FIRM
MIAMI • NEW YORK CITY • BOCA RATON

Aaron R. Resnick, Esq.
Admitted in Florida, of Counsel
Derek A. Schwartz, Esq.
Admitted in Florida, of Counsel

MEMO ENDORSED

April 3, 2017

**via Fax (914-390-4179) and ECF**
Honorable Nelson Stephen Román
United States District Judge
300 Quarropas Street
White Plains, New York 10601

Re: *Yvette Brown v. Dr. Benjamin Kur, DDS, et. al.*, 7:16-cv-09118(NSR)

Dear Judge Román:

This Firm represents Defendants Dr. Benjamin Kur, DDS ("Dr. Kur") and Westchester Oral & Maxillofacial Associates, PLLC ("Westchester Oral") (collectively the "Defendants"), in the above referenced action. On February 17, 2017, the Defendants filed a motion after Your Honor granted the Defendants permission to do so. On March 20, 2017, Plaintiff Yvette Brown ("Ms. Brown") submitted her opposition to the Defendants' motion, and filed a cross-motion.

The Defendants now wish to clarify the Court's rules pertaining to page limitations. In accordance with the Court's Individual Practices in Civil Cases Rule 3(B), a party is permitted a page limit of 25-pages in opposing a motion and a 10-page limit for reply memoranda. The Defendants request confirmation that they are permitted to submit a 25-page memorandum for their response to Ms. Brown's cross-motion and in further submit of their original motion.

The Defendants and counsel thank Your Honor for your time and consideration to this inquiry.

Respectfully submitted,

Jonathan Marc Davidoff, Esq.

cc: All parties of record via ECF

Defendants shall file one brief for their reply and cross-opposition up to 25 pages.
Dated: April 3, 2017

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/3/2017

228 East 45th Street
Suite 1700
New York, NY 10017
Tel: 212-587-5971
Fax: 212-658-9852

Davidoff Law Firm, P.L.L.C.

www.DavidoffLawFirm.com

100 North Biscayne Blvd.
Suite 1607
Miami, FL 33132
Tel: 305-673-5933
Fax: 305-718-0647

# Davidoff Law Firm, PLLC

228 East 45th Street
Suite 1700
New York, NY 10017
Tel: 212-587-5971 / Fax: 212-658-9852 / E-mail: ADAM@DAVIDOFFLAWFIRM.com

## **Fax Cover**

To: Chambers of Hon. Nelson S. Roman

Tel: 914-390-4177

Fax: 914-390-4179

From: Jonathan Marc Davidoff, Esq.

Tel: 212-587-5971

Fax: 212-658-9852

Date: December 26, 2016

Total Number of pages: __2__ (including this cover sheet)

Re: *Yvette Brown v. Dr. Benjamin Kur, DDS, et. al.*, 7:16-cv-09118
Page limitation inquiry.

**This message is intended only for the use of the Addressee and may contain information that is PRIVILEGED and CONFIDENTIAL.**
**If you are not the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify me immediately at 212-587-5971.**

**Thank You.**